IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Date:  April 21, 2022

| | |
|---|---|
| Ricky Ray Malone,<br><br>                Petitioner,<br><br>v.<br><br>Anita Trammell, Warden,<br>Oklahoma State Penitentiary,<br><br>                Respondent. | )<br>)<br>)<br>)<br>)  Case No. CIV-13-1115-D<br>)<br>)<br>)<br>)<br>) |

**ENTER ORDER:**

      Counsel for Petitioner is directed to advise the Court of the status of any pending proceedings and the need of further representation in this matter within 14 days of the entry of this order.

ENTERED AT THE DIRECTION OF THE HONORABLE TIMOTHY D. DEGIUSTI.

                                           CARMELITA REEDER SHINN, CLERK,

                                           By:  /s/ Mike Bailey
                                                    Deputy Clerk