**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

RICKY RAY MALONE, )
                                       )
    Petitioner, )
                                       )
v. )     No. CIV-13-1115-D
                                       )
JIM FARRIS[1], Warden, )
Oklahoma State Penitentiary, )
                                       )
    Respondent. )

**PETITIONER'S REQUEST TO FILE ADVISEMENT IN RESPONSE TO
COURT'S ORDER EX PARTE AND UNDER SEAL**

*Comes now* Petitioner Ricky Ray Malone, by and through counsel, Robert S. Jackson, and moves this Court for an Order permitting him to file his Advisement ex parte and under seal in relation to the Court's Order (Doc. 96) directing Petitioner's counsel to "advise the Court of the status of any pending proceedings and the need of further representation." This motion is filed in compliance with LCrR 12.2 and a proposed order will be submitted to the Court's orders-inbox. The Advisement is due to be filed by May 5, 2022.

In support of this request, the Court is advised that the Advisement will contain information bearing upon the need for CJA counsel's further representation in this matter, and in counsel's experience matters relating to CJA services, funding, service providers, etc.

---

[1] Jim Farris is the present warden of Oklahoma State Penitentiary and is substituted for Anita Trammel, who was warden at the time Mr. Malone filed his habeas petition, as Respondent in this matter. *See* Fed. R. Civ. P. 25(d).

are routinely filed ex parte and under seal.  For example, the initial budgeting order in this case directed counsel to submit a budget and/or requests for expert and investigative funds ex parte (Doc. 7); further, the CJA provides that requests for service providers in relation to a representation be submitted via ex parte application. *See* 18 U.S.C. 3006A(e)(1).  Because the Advisement will bear upon the need for CJA counsel's further representation in this matter, Counsel requests he be permitted to file the same ex parte and under seal.

*Wherefore,* Petitioner Ricky Ray Malone respectfully requests the Court enter an Order allowing him to file his Advisement ex parte and under seal.

Respectfully Submitted,
*s/Robert S. Jackson*
Robert S. Jackson, OBA #22189
1300 NW 10th St.
Oklahoma City, OK 73106
Telephone:  405-602-8614
Facsimile: 405-400-2167
bob@bobjacksonlaw.com

COUNSEL FOR PETITIONER

## CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

All counsel of record, including:

Jennifer Crabb, Assistant Attorney General

*s/Robert S. Jackson*
Robert Jackson