UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICKY RAY MALONE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-13-1115-D |
| ) | |
| CHRISTE QUICK, Warden, ) | |
| Oklahoma State Penitentiary,[1] ) | |
| ) | |
| Respondent. ) | |

## ORDER

In accordance with 28 U.S.C. § 636, this matter is hereby referred to United States Magistrate Judge Suzanne Mitchell for budgetary matters, as necessary.

IT IS SO ORDERED this 5th day of January, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Christe Quick is substituted as the proper party respondent.